# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CATHERINE T. TONEY, #08375-003**

      Petitioner,

v.                                                      Case No.  4:14cv483-MW/CAS

**WARDEN OF FCI TALLAHASSEE,**

      Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 4.  Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Petitioner's motion for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice** for failure to

1

comply with a court order and failure to prosecute."   The Clerk shall close the file.

**SO ORDERED on January 12, 2015.**

<u>s/Mark E. Walker</u><br>
**United States District Judge**